James S. Monroe (SBN 102328)
Gregory E. Schopf (SBN 122862)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
E-mail: jmonroe@nixonpeabody.com

Attorneys for Plaintiff, Yugen Kaisha, Y.K.F.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUGEN KAISHA, Y.K.F.,<br><br>            Plaintiff,<br><br>     v.<br><br>STEPHANIE DODSON,<br><br>            Defendant. | Case No.: C-08-225-SC<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

    Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Yugen Kaisha Y.K.F. is 83% owned by Seiji Takahashi

and 17% owned by Fuji Chemical, Ltd.

Dated: January 31, 2008

NIXON PEABODY LLP

By: /s/ James S. Monroe
James S. Monroe
Attorneys for Yugen Kaisha, Y.K.F.

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES     -2-
OR PERSONS; CASE NO. C-08-225-SC