James S. Monroe (SBN 102328)
Gregory E. Schopf (SBN 122862)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
E-mail: jmonroe@nixonpeabody.com

Attorneys for Plaintiff, Yugen Kaisha, Y.K.F.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUGEN KAISHA, Y.K.F.,<br><br>              Plaintiff,<br><br>    v.<br><br>STEPHANIE DODSON,<br><br>              Defendant. | Case No.: C-08-225-SC<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)    Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order* 45);

(2)    Discussed the available dispute resolution options provided by the Court and private entities; and

(3)    Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/1/08

YUGEN KAISHA, Y.F.K.

By: *Yasuo Ezaki* (signature)
Name: Yasuo Ezaki
Title: Representative of YKF

Dated: 2/1/08

NIXON PEABODY LLP

By: (signature)
James S. Monroe
Attorneys for Yugen Kaisha, Y.K.F.