James S. Monroe, Esq. (State Bar Number: 102328)
Gregory E. Schopf (State Bar Number: 122862)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
E-mail: jmonroe@nixonpeabody.com

Attorneys for Plaintiff, Yugen Kaisha, Y.K.F.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGEN KAISHA, Y.K.F.,<br><br>                Plaintiff,<br><br>        v.<br><br>STEPHANIE DODSON,<br><br>                Defendant. | Case No. C-08-225-SC<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

| | |
|---|---|
| CASE NAME: | YUGEN KAISHA, Y.K.F. v. STEPHANIE DODSON |
| COURT: | United States District, Northern District of California |
| CASE NO.: | C-08-225-SC |
| FILE: | 031405.000006 |

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, Suite 1800, San Francisco, CA 94111-3996. On this date, I served the following document(s):

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

on the party stated below, placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____ : By Certified Mail Service — I am readily familiar with the firm's practice for collection and processing of correspondence for Certified Mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with Certified Mail postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

<u>Addressee</u>

Joel K. Belway
Law Offices of Joel K. Belway
235 Montgomery Street, Suite 668
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 1, at San Francisco, California.

*Carol S. Hardy* (signature)
Carol S. Hardy