UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-08-225          SAMUEL CONTI          DATE 2/8/08
Case Number       Judge

Title: YUGEN KAISHA Y,K.F.      vs STEPHANIE DODSON

Attorneys: JAMES MONROE          JOEL BELWAY

For Proposed Intervener Triano : Mark Byrne

Deputy Clerk: T. De Martini    Court Reporter: Connie Kuhl

Court   Pltf's   Deft's
(XXX)   (   )    (   )   1. Status Conference - Held

(   )   (   )    (   )   2.

(   )   (   )    (   )   3.

(   )   (   )    (   )   4.

(   )   (   )    (   )   5.

(   ) Motion(s): (   ) Granted   (   ) Denied   (   ) Withdrawn

(   ) Granted/Denied   (   ) Off Calendar   (   ) Submitted

Order to be Prepared by: (   ) Pltf   (   ) Deft   (   ) Court

Discovery Cutoff: _____ Pretrial Statements Due _____

Case Continued to _____ for Pretrial Conference

Case Continued to _____ for Court/Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to _____ for _____

ORDERED AFTER HEARING: The Court requested the parties to submit a stipulated briefing schedule as to all of the motions that were transferred from the Bankruptcy Court to this Court.

cc: