```
 1   James S. Monroe (SBN 102328)
     Gregory E. Schopf (SBN 122862)
 2   NIXON PEABODY LLP
     One Embarcadero Center, Suite 1800
 3   San Francisco, CA 94111-3996
     Telephone: (415) 984-8200
 4   Facsimile: (415) 984-8300

 5   Attorneys for Plaintiff, Yugen Kaisha, Y.K.F.

 6   Joel K. Belway (SBN 60556)
     Law Office of Joel K. Belway
 7   235 Montgomery Street, Suite 668
     San Francisco, CA 94104
 8   Telephone: (415) 788-1702
     Facsimile: (415) 788-1517
 9
     Attorneys for Defendant, Stephanie Dodson
10
     Mark D. Byrne (SBN 109268)
11   Law Offices of Triano & Byrne
     25 Jessie Street, 16th Floor
12   San Francisco, CA 94105
     Telephone:  (415) 371-8000
13   Facsimile: (415) 371-8001

14   Attorneys for Martin F. Triano
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| YUGEN KAISHA, Y.K.F.,<br><br>     Plaintiff,<br><br>v.<br><br>STEPHANIE DODSON,<br><br>     Defendant. | Case No.: C-08-225-SC<br><br>**STIPULATED BRIEFING SCHEDULE FOR MOTIONS TRANSFERRED FROM BANKRUPTCY COURT** |

Plaintiff Yugen Kaisha, Y.K.F. ("YKF"), defendant Stephanie Dodson ("Dodson"), and proposed intervenor Martin F. Triano ("Triano") (collectively, the "Parties"), by and through their respective counsel, submit the following Stipulated Briefing Schedule as to all of the motions that

STIPULATED BRIEFING SCHEDULE FOR MOTIONS
TRANSFERRED FROM BANKRUPTCY COURT
CASE NO. C-08-225-SC

10912260.1

were transferred from the bankruptcy court to this court, consisting of (i) YKF's motion to dismiss Dodson's counterclaim for lack of subject matter jurisdiction (which YKF believes is now moot and has decided not to refile), (ii) Triano's motion for intervention, and (iii) Dodson's motion to amend her answer to the complaint (which is not opposed by YKF) and to compel YKF to furnish security for costs; and the following additional motions that Dodson presently contemplates filing: motion to dismiss for lack of subject matter jurisdiction and motion for stay based upon YKF's failure to qualify to do business in the State of California (collectively, the "Motions").

1.  All moving papers in support of the Motions shall be filed and served on or before February 29, 2008.

2.  The Motions shall be scheduled for hearing on April 25, 2008, at 10:00 a.m., in Courtroom 1.

3.  All opposition and reply papers shall be filed and served in accordance with Civil Local Rule 7-3.

Dated: February 27, 2008                NIXON PEABODY LLP

                                        By: /s/ James S. Monroe
                                              James S. Monroe
                                        Attorneys for Yugen Kaisha, Y.K.F.

Dated: February 27, 2008                Law Office of Joel K. Belway

                                        By: /s/ Joel K. Belway
                                              Joel K. Belway
                                        Attorney for Stephanie Dodson

Dated: February 27, 2008                Law Offices of Triano & Byrne

                                        By: /s/ Mark D. Byrne
                                              Mark D. Byrne
                                        Attorney for Martin F. Triano
                                        dba Law Offices of Martin F. Triano