```
 1  JOEL K. BELWAY [60556]
    THE LAW OFFICE OF JOEL K. BELWAY
 2  Professional Corporation
    235 Montgomery Street, Suite 668
 3  San Francisco, California 94104
    Telephone:  415-788-1702
 4  Facsimile:   415-788-1517

 5  Attorney for Defendant
    and Counterclaimant
 6  STEPHANIE DODSON

 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 05-32929 |
| ALEXANDER N. POPOV, | ) Chapter 7 |
| Debtor. | ) |
| | ) A.P. No. C-08-225-SC |
| YUGEN KAISAH, Y.K.F. | ) |
| | ) **NOTICE OF MOTION OF STEPHANIE** |
| | ) **DODSON FOR (1) ABSTENTION, OR,** |
| STEPHANIE DODSON, | ) **ALTERNATIVELY, (2) FOR A STAY**, |
| | ) **AND (3) SECURITY FOR COSTS** |
| Defendant. | ) |
| | ) Date: April 25, 2008 |
| | ) Time: 10:00 a.m. |
| STEPHANIE DODSON, | ) Court: Judge Conti |
| Counterclaimant, | ) |
| vs. | ) |
| YUGEN KAISAH, Y.K.F. | ) |
| Claimant. | ) |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 25, 2008 at 10:00 a.m., or soon as the matter can be heard, in the courtroom of the Honorable Samuel Conti, at 450 Golden Gate Avenue, San Francisco,

1

**NOTICE OF MOTION FOR STAY, ETC.**

|   |   |
|---|---|
| 1 | CA 94102, defendant and counterclaimant, STEPHANIE DODSON ("Dodson"), will and hereby does move the Court (1) to abstain from hearing this bankruptcy adversary proceeding for which Bankruptcy Judge Thomas Carlson has withdrawn the bankruptcy reference, or, alternatively, (2) for an order staying the proceeding because of plaintiff, YUGEN KAISAH, Y.K.F.("YKF"), has failed to qualify to do business in the State of California, although it is doing business in the State, and (3) to compel YKF to furnish security for costs (the "Motion"). |

The Motion is brought, under 28 U.S.C. Sec. 1334, on the grounds that abstention by the Court will serve the interests of justice and the parties, and, alternatively, on the grounds that YKF cannot maintain this proceeding because it has failed to qualify to do business in California, and on the grounds that, as a foreign company suing a California resident in a court in California, YKF should furnish security for costs.

The Motion will be based on this Notice and the Motion itself, and upon the records and pleadings in this proceeding, and upon such arguments and evidence as may be adduced at the hearing on the Motion.

Dated: February 29, 2008         THE LAW OFFICE OF JOEL K. BELWAY
                                 Professional Corporation

                                 /s/ Joel K. Belway
                                 JOEL K. BELWAY
                                 Attorney for Stephanie Dodson

2

**NOTICE OF MOTION FOR STAY, ETC.**

**DECLARATION OF SERVICE**

I am over the age of eighteen years and not a party to the within action. On February 29, 2008, I served the attached **Notice of Motion of Stephanie Dodson for (1) Abstention, or Alternatively, (2) for a Stay, and (3) for Security for Costs** on the interested parties in this action by placing true copies thereof in sealed envelopes and transmitting said envelopes to the following addresses by the means indicated:

Via First-Class U.S. Mail

James S. Monroe, Esq.
Gregory E. Schopf, Esq.
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996

Mark D. Byrne, Esq.
Triano & Byrne
25 Jessie Street
16th Floor
San Francisco, CA 94105-2749

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 29, 2007, at San Francisco, California.

\s\ Joel K. Belway