JOEL K. BELWAY [60556]
THE LAW OFFICE OF JOEL K. BELWAY
Professional Corporation
235 Montgomery Street, Suite 668
San Francisco, California 94104
Telephone:  415-788-1702
Facsimile:   415-788-1517

Attorney for Defendant
and Counterclaimant
STEPHANIE DODSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | )Case No. 05-32929 |
| | ) |
| ALEXANDER N. POPOV, | )Chapter 7 |
| | ) |
| Debtor. | ) |
| _____ | ) |
| | )A.P. No. C-08-225-SC |
| YUGEN KAISAH, Y.K.F. | ) |
| | )**DECLARATION OF JOEL K. BELWAY RE** |
| | )**MOTION FOR (1) ABSENTION, OR,** |
| | )**ALTERNATIVELY, (2) FOR A STAY,** |
| | )**AND (3) SECURITY FOR COSTS** |
| STEPHANIE DODSON, | ) |
| | ) |
| Defendant. | ) |
| _____ | )Date: April 25, 2008 |
| | )Time: 10:00 a.m. |
| STEPHANIE DODSON, | )Court: Judge Conti |
| Counterclaimant, | ) |
| vs. | ) |
| | ) |
| YUGEN KAISAH, Y.K.F. | ) |
| | ) |
| Claimant. | ) |
| _____ | ) |

    I, Joel K. Belway, declare and state as follows:

1

1. I have personal knowledge of the facts set forth in this Declaration and if required I could and would testify competently thereto. I am the attorney of record for defendant and counter-claimant, Stephanie Dodson ("Defendant"), and make this Declaration in support of her motion for security for costs.

2. I estimate that with expert witnesses, and if depositions must be taken in this proceeding in Japan and North Carolina, the costs herein, including court reporter's fees and travel expenses, could be in the range of $25,000.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on April 11, 2008.

/s/ Joel K. Belway
JOEL K. BELWAY

2

1

2                          **DECLARATION OF SERVICE**

3        I am over the age of eighteen years and not a party to the

4   within action.  On April 11, 2008, I served the attached

5   **Declaration of Joel K. Belway re Motion for (1) Abstention, or,**

6

7   **Alternatively, (2) for a Stay, and (3) Security for Costs** on the

8   interested parties in this action by placing true copies thereof

9   in sealed envelopes and transmitting said envelopes to the

10  following addresses by the means indicated:

11              Via First-Class U.S. Mail

12
            James S. Monroe, Esq.
13          Gregory E. Schopf, Esq.
            NIXON PEABODY LLP
14          One Embarcadero Center, Suite 1800
            San Francisco, CA 94111-3996
15
            Mark D. Byrne, Esq.
16          Triano & Byrne
            25 Jessie Street
17          16th Floor
            San Francisco, CA 94105-2749
18

19
        I declare under penalty of perjury that the foregoing is
20
    true and correct.  Executed on April 11, 2008, at San Francisco,
21
    California.
22

23

24                       \s\ Joel K. Belway

25

26

27

28

                                 3