**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UUGEN KAISHA, Y. K. F.,
    Plaintiff(s),

v.                                              No. C-08-225-SC

STEPHANIE DODSON,
    Defendant(s).
_____/          Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **September 5, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 5, 2008                        FOR THE COURT,

                                                  Richard W. Wieking, Clerk

                                                  By:  T. De Martini
                                                     Courtroom Deputy Clerk