MARK D. BYRNE, ESQ., SBN 109628
LAW OFFICES OF TRIANO & BYRNE
25 Jessie Street, 16th Floor
San Francisco, CA 94105-2749
Telephone: (415) 371-8000
Facsimile: (415) 371-8001
Mailbox@trianobyrne.com

Attorney for Creditor Martin F. Triano

UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUGEN KAISHA, Y.K.F.<br><br>    Plaintiff<br><br>vs.<br><br>STEPHANIE DODSON,<br><br>    Defendant. | Case No.: C-08-225-SC<br><br>**AMENDED CERTIFICATE OF SERVICE** |

   I am citizen of the United States, and a resident of the County of San Francisco; I am over the age of eighteen years, and not a party to the within action. My business address is 25 Jessie Street, 16th Floor, San Francisco, California 94105-2749.  On August 19, 2008 I served the following documents:

- ***COMPLAINT FOR DECLARATORY RELIEF IN THE INTERVENTION BY MARTIN F. TRIANO DBA LAW OFFICES OF MARTIN F. TRIANO; AND***
- ***AMENDED CERTIFICATE OF SERVICE***

Law Offices
**TRIANO & BYRNE**
25 Jessie Street, 16th Floor
San Francisco, CA 94105
Tel. 415-371-8000
Fax 415-371-8001

AMENDED CERTIFICATE OF SERVICE

1

On the parties listed, addressed as follows:

JAMES S. MONROE, ESQ.
MONROE LAW GROUP
101 CALIFORNIA STREET, SUITE 2450
SAN FRANCISCO, CA 94111

**XXX**   **First Class Mail:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service to **JAMES S. MONROE, ESQ.** the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more one day after date of deposit for mailing an affidavit.

**Facsimile:** By transmitting a true and correct copy via facsimile electronic equipment transmission (fax) to (List names) at the fax number listed above.

**Overnight:** By placing the document(s) thereof into envelope(s) bearing the name(s) and address(es) of the person(s) to be served by Federal Express Delivery.

**STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XXX**   **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on August 19, 2008 in San Francisco, California.

Respectfully Submitted,

                             Kaitlin Devaney
                             Law Offices of Triano & Byrne
                             25 Jessie Street, 16th Floor
                             San Francisco, CA 94105

Dated: August 19, 2008

                          /s/ Kaitlin Devaney
                             Kaitlin Devaney
                             Legal Assistant

Law Offices
**TRIANO & BYRNE**
25 Jessie Street, 16th Floor
San Francisco, CA 94105
Tel. 415-371-8000
Fax 415-371-8001

AMENDED CERTIFICATE OF SERVICE

2