Mark D. Byrne (SBN 109268)
LAW OFFICES OF TRIANO & BYRNE
25 Jessie Street, 16th Floor
San Francisco, CA 94105
Telephone: (415) 371-8000
Facsimile: (415) 371-8001

Attorneys for Intervenor, Martin F. Triano

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUGEN KAISHA, Y.K.F., | Case No.: C-08-225-SC |
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES** |
| v. | |
| STEPHANIE DODSON, | |
| Defendant. | |

## CERTIFICATION

The undersigned counsel of record for Plaintiff in Intervention Law Offices of Martin F. Triano ("Intervenor") certifies that the following listed parties may have a direct pecuniary interest in the outcome of this case. These representations are made to the Court to evaluate possible grounds for disqualification or recusal.

1. Plaintiff YKF, who's ownership interest is unknown;
2. Defendant Stephanie Dodson.;
3. Intervenor Martin F. Triano fdba Law Offices of Martin F. Triano ;
4. Counsel for Plaintiff YKF, James Monroe, Monroe Law Group
5. Counsel for Plaintiff YKF, Gregory Shopf, Nixon and Peabody

Law Offices of
**TRIANO & BYRNE**
25 Jessie Street 16th Floor
San Francisco, CA 94105
Tel. 415-371-8000
Fax 415-371-8001

CERTIFICATION OF INTERESTED PARTIES PURSUANT TO L.R. 3-16(b)
1

6. Counsel for Defendant Stephanie Dodson, Joel Belway, Law Offices of Joel Belway;

7. Counsel for Intervenor Martin F. Triano, Mark D. Byrne of the Law Offices of Triano & Byrne.

DATED: August 27, 2008        THE LAW OFFICES OF TRIANO & BYRNE

                              By: _____/s/ *Mark D. Byrne*_____
                                    MARK D. BYRNE, ESQ.
                                    Attorney for Intervenor Martin F. Triano

Law Offices of
**TRIANO & BYRNE**
25 Jessie Street 16th Floor
San Francisco, CA 94105
Tel. 415-371-8000
Fax 415-371-8001

CERTIFICATION OF INTERESTED PARTIES PURSUANT TO L.R. 3-16(b)

2

MARK D. BYRNE, ESQ., SBN 109628
LAW OFFICES OF TRIANO & BYRNE
25 Jessie Street, 16th Floor
San Francisco, CA 94105-2749
Telephone: (415) 371-8000
Facsimile: (415) 371-8001
Mailbox@trianobyrne.com

Attorney for Creditor Martin F. Triano

UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| YUGEN KAISHA, Y.K.F.<br><br>　　　　Plaintiff<br><br>vs.<br><br>STEPHANIE DODSON,<br><br>　　　　Defendant. | Case No.: C-08-225-SC<br><br>**CERTIFICATE OF SERVICE** |

I am citizen of the United States, and a resident of the County of San Francisco; I am over the age of eighteen years, and not a party to the within action. My business address is 25 Jessie Street, 16th Floor, San Francisco, California 94105-2749.  On August 27, 2008 I served the following documents:

- ***CERTIFICATE OF INTERESTED ENTITIES; AND***
- ***CERTIFICATE OF SERVICE.***

Law Offices
**TRIANO & BYRNE**
25 Jessie Street, 16th Floor
San Francisco, CA 94105
Tel. 415-371-8000
Fax 415-371-8001

CERTIFICATE OF SERVICE

1

On the parties listed, addressed as follows:

| | |
|---|---|
| **JAMES S. MONROE, ESQ.** | **JOEL BELWAY, ESQ.** |
| **MONROE LAW GROUP** | **235 MONTGOMERY STREET, SUITE 668** |
| **101 CALIFORNIA STREET, SUITE 2450** | **SAN FRANCISCO, CA 94104-2910** |
| **SAN FRANCISCO, CA 94111** | |

**XXX**  **First Class Mail:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service to **JAMES S. MONROE, ESQ and JOEL BELWAY, ESQ.** the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more one day after date of deposit for mailing an affidavit.

**Facsimile:** By transmitting a true and correct copy via facsimile electronic equipment transmission (fax) to (List names) at the fax number listed above.

**Overnight:** By placing the document(s) thereof into envelope(s) bearing the name(s) and address(es) of the person(s) to be served by Federal Express Delivery.

**STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**XXX**  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on August 27, 2008 in San Francisco, California.

Respectfully Submitted,

                    Kaitlin Devaney
                    Law Offices of Triano & Byrne
                    25 Jessie Street, 16th Floor
                    San Francisco, CA 94105

Dated: August 27, 2008

                    __***/s/ Kaitlin Devaney***__
                    Kaitlin Devaney
                    Legal Assistant

Law Offices
**TRIANO & BYRNE**
25 Jessie Street, 16th Floor
San Francisco, CA 94105
Tel. 415-371-8000
Fax 415-371-8001

CERTIFICATE OF SERVICE

2