James S. Monroe (SBN 102328)
MONROE LAW GROUP
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 869-1575
Facsimile: (415) 723-7423

Gregory E. Schopf (SBN 122862)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile:  (415) 984-8300

Attorneys for Plaintiff, Yugen Kaisha, Y.K.F.

Joel K. Belway (SBN 60556)
THE LAW OFFICE OF JOEL K. BELWAY
Professional Corporation
235 Montgomery Street, Suite 668
San Francisco, CA 94104
Telephone: (415) 788-1702
Facsimile: (415) 788-1517

Attorney for Defendant, Stephanie Dodson

Mark D. Byrne (SBN 109268)
LAW OFFICES OF TRIANO & BYRNE
25 Jessie Street, 16th Floor
San Francisco, California 94105
Telephone: 415-371-8000
Facsimile:  415-371-8001

Attorneys for Intervenor, Martin F. Triano

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUGEN KAISHA, Y.K.F., <br><br> Plaintiff, <br><br> v. <br><br> STEPHANIE DODSON, <br><br> Defendant. | Case No.: C-08-225-SC <br><br> **PROPOSED JOINT DISCOVERY PLAN** <br><br> <u>Case Management Conference</u> <br><br> Date: September 5, 2008 <br> Time: 10:00 a.m. <br> Place: Courtroom 1 <br> Judge: Hon. Samuel Conti |

Plaintiff and Counterdefendant, Yugen Kaisha, Y.K.F., Defendant and Counterclaimant, Stephanie Dodson, and Intervenor, Martin F. Triano dba Law Offices of Martin F. Triano, by and through their respective counsel, hereby agree to the following discovery plan.

1. <u>Changes to the Timing Form or Requirement For Initial Disclosures</u>:  The parties have agreed to exchange initial disclosures on or before September 15, 2008.

2. <u>Timing, Subject Matter and Limitations of Discovery Subsequent to Initial Disclosures</u>:   Any discovery permitted pursuant to the Federal Rules of Civil Procedure shall be permissible after the initial disclosures are made.

3. <u>Proposed Deadlines for Discovery and Other Matters</u>:  A scheduling order is requested as follows: (a) all discovery to be completed on or before March 16, 2009 (meaning that all responses to written discovery requests are due on or before this date and all deposition testimony must be completed on or before this date), except for discovery with respect to expert witnesses; (b) expert witnesses shall be disclosed on or before March 2, 2009; (c) all potentially dispositive motions shall be filed by April 17, 2009; (d) a trial setting conference shall be set for shortly after the expiration of the discovery period, which shall deal with the discovery period for expert witnesses and the briefing and trial schedule; and (e) the case should be ready for trial by July 2009.

Dated:  August 28, 2008                           MONROE LAW GROUP


By: */s/ James S. Monroe*_____
     James S. Monroe
Attorneys for Yugen Kaisha, Y.K.F.

Dated:  August 28, 2008                           LAW OFFICE OF JOEL K. BELWAY


By: */s/ Joel K. Belway*_____
     Joel K. Belway
Attorney for Stephanie Dodson

Dated:  August 28, 2008                           LAW OFFICES OF TRIANO & BYRNE


By: */s/ Mark D. Byrne*_____
     Mark D. Byrne
Attorneys for Martin F. Triano

PROPOSED JOINT DISCOVERY PLAN                -2-
CASE NO. C-08-225-SC