UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

 C-08-225         SAMUEL CONTI            DATE 9/5/08
Case Number        Judge

Title: YUGEN KAISHA Y.K.F.       vs STEPHANIE DODSON

Attorneys: GREG SCHOPF          JOEL BELWAY
           JAMES MONROE
           MARK BYRNE for Intervenor Plaintiff Martin Triano

Deputy Clerk: T. De Martini    Court Reporter: Katherine Sullivan

Court  Pltf's  Deft's
(xxx)  (   )   (   )   1. Status Conference - Held

(   )  (   )   (   )   2.

(   )  (   )   (   )   3.

(   )  (   )   (   )   4.

(   )  (   )   (   )   5.

(   )Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (   )Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (   )Court

Discovery Cutoff: 4/8/09       Pretrial Statements Due

Case Continued to 5/29/09 @ 10:00 A.M.      for Pretrial Conference

Case Continued to 6/8/09 @ 9:30 A.M.        for Jury Trial

Case Continued to                           for Further Status Conference

Case Continued to 4/17/09 @ 10:00 A.M. for Motions

CASE REFERRED TO U.S. MAGISTRATE

for

Opening Briefs              Answer              Reply

Deemed Submitted on

ORDERED AFTER HEARING: