James S. Monroe, Esq. (SBN 102328)
MONROE LAW GROUP
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 869-1575
Facsimile: (415) 723-7423

Gregory E. Schopf (SBN 122862)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
E-mail: jmonroe@nixonpeabody.com

Attorneys for Plaintiff, Yugen Kaisha, Y.K.F.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUGEN KAISHA, Y.K.F., <br><br> Plaintiff, <br><br> v. <br><br> STEPHANIE DODSON, <br><br> Defendant. | Case No.: 3:08-cv-00225-SC <br><br> **STIPULATION TO CONTINUE DEPOSITIONS AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties herein, Yugen Kaisha, Y.K.F. ("YKF"), Stephanie Dodson ("Dodson"), and the Law Offices of Martin Triano ("LOMT"), by and through their attorneys of record, and subject to the Order of the Court, as follows:

1) The discovery cut off in this matter is currently set for April 8, 2009.

2) YKF noticed the deposition of defendant Stephanie Dodson for April 6, 2009.

3) YKF issued a subpoena for the deposition of third party Alexander Popov for April 6, 2009, and served appropriate notice to all parties.

4) Neither Dodson nor Popov is available for deposition on April 6, 2009.

5) The parties accordingly agree that the depositions of Dodson and Popov may be

rescheduled to an agreed upon date after the discovery cut off.

IT IS SO STIPULATED.

LAW OFFICES OF JOEL K. BELWAY          NIXON PEABODY LLP

By: */s/ Joel K. Belway*  Dated: April 3, 2009     By: */s/ Gregory E. Schopf* Dated: April 3, 2009
JOEL K. BELWAY                                          GREGORY E. SCHOPF
Attorneys for Stephanie Dodson                          Attorneys for Yugen Kaisha, Y.K.F.

LAW OFFICES OF TRIANO & BYRNE

By: */s/ Mark D. Byrne*  Dated: April 3, 2009
MARK D. BYRNE
Attorneys for Law Offices of Martin Triano

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Joel K. Belway and Mark D. Byrne.

DATED:     April 3, 2009              /s/     Gregory E. Schopf
                                              Gregory E. Schopf
                                              Attorneys for Yugen Kaisha, Y.K.F.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUGEN KAISHA, Y.K.F.,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHANIE DODSON,<br><br>    Defendant. | Case No.: 3:08-cv-00225-SC<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE DEPOSITIONS** |

Pursuant to the stipulation of the parties, and good cause appearing it is ORDERED that the depositions of defendant Stephanie Dodson and third party Alexander Popov, previously noticed for April 6, 2009, shall be continued to an agreed upon date after the discovery cut off.

IT IS SO ORDERED.

DATED: April 6, 2009



_____
HON. SA[...]
United St[...]

STIPULATION TO CONTINUE DEPOSITIONS AND ORDER
THEREON, CASE NO. 08-00225

12429157.2