UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUGEN KAISHA, Y.K.F., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>STEPHANIE DODSON,<br><br>Defendant(s). | No. C08-0225 SC (BZ)<br><br>**ORDER RE REQUEST TO BE EXCUSED FROM ATTENDING SETTLEMENT CONFERENCE** |

Before the Court is Stephanie Dodson's request to be excused from personally attending the settlement conference which is opposed by Y.K.F. The request is supported by a letter from Dodson's treating physician dated April 17, 2009, about a week before the settlement conference was scheduled. Accordingly, it does not directly address her participation in the conference or any of the other matters noted in the opposition. **IT IS THEREFORE ORDERED** that unless Dodson submits by **May 27, 2009**, a doctor's certificate which specifically says that she cannot participate in a settlement conference of two to

1

three hours duration in which she would have the option of lying down on a sofa for part of the time, the request is **DENIED**.

Dated: May 19, 2009

                                      Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\KAISHA ORDER RE EXCUSE SC.WPD

2