JOEL K. BELWAY [60556]
THE LAW OFFICE OF JOEL K. BELWAY
Professional Corporation
235 Montgomery St., Suite 668
San Francisco, CA 94104
Telephone: (415) 788-1702
Facsimile: (415) 788-1517

*Attorney for Defendant, Counter-Claimant and Defendant in Intervention, Stephanie Dodson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>YUGEN KAISHA, Y.K.F.,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHANIE DODSON,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS | Case No. C-08-225-SC<br><br>**WITHDRAWAL OF DEMAND FOR JURY TRIAL** |

Stephanie Dodson hereby withdraws her demand for jury trial herein.

Dated: 12/30/09

_____
JOEL K. BELWAY

1  WITHDRAWAL FOR DEMAND FOR JURY TRIAL

1  The undersigned, on behalf of their respective clients,
2  consent to the foregoing withdrawal of demand for jury trial.

4  Dated: 12/30/09                MONROE LAW GROUP

6                                 By: /s/ James S. Monroe
                                   James S. Monroe

                                   and

                                   NIXON PEABODY LLP

                                   Attorneys for Yugen Kaisha,
                                   Y.K.F.

12 Dated: 12/30/09                LAW OFFICES OF TRIANO & BYRNE

14                                 By: /s/ Mark D. Byrne
                                   Mark D. Byrne
                                   Attorneys for Martin F. Triano

IT IS SO ORDERED
Judge Samuel Conti