MARK D. BYRNE, ESQ., SBN 109268
LAW OFFICES OF TRIANO & BYRNE
25 Jessie Street, 16th Floor
San Francisco, CA 94105
Telephone: (415) 371-8000
Facsimile: (415) 371-8001
Email: mailbox@trianobyrne.com
Attorneys for Plaintiff Intervenor Martin F. Triano

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| YUGEN KAISHA, Y.K.F., | Case No.: 3:08-cv-00225-SC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEY'S FEES UNDER FRCP 54 AND ORDER THEREON** |
| v. | |
| STEPHANIE DODSON | |
| Defendant. | |
| MARTIN F. TRIANO, | |
| Plaintiff Intervenor | |

IT IS HEREBY STIPULATED by and between the parties herein, Yugen Kaisha, Y.K.F. ("YKF"), Stephanie Dodson ("Dodson") and the Law Offices of Martin F. Trinao ("Triano"), by and through their attorneys of record, and subject to the Order of the Court, as follows:

1. Judgment was entered in this matter on February 19, 2010.

2. The time set by FRCP 54 for the filing of a Motion for Attorney's Fees is Friday, March 5, 2010.

Law Offices
TRIANO & BYRNE
25 Jessie Street 16th Floor
San Francisco, CA 94105
Tel. 415-371-8000
Fax 415-371-8001

STIPULATION AND ORDER TO EXTEND TIME FOR THE FILING OF A MOTION FOR ATTORNEY'S FEES UNDER FRCP 54 AND ORDER THEREON

1

Law Offices
TRIANO & BYRNE
25 Jessie Street 16th Floor
San Francisco, CA 94105
Tel. 415-371-8000
Fax 415-371-8001

3. Civil Local Rule 54-5 requires that the parties meet and confer to resolve any disputed issues regarding any Motion for Attorney's Fees.

4. The parties have attempted to reconcile their calendars for the purpose of scheduling a meet and confer; however, they have not been successful within the short time allowed by FRCP 54 for the filing of the Motion.

5. The parties desire to extend the time allowed for the filing of a Motion for Attorney's Fees from March 5, 2010 to March 12, 2010, so as to allow them to complete their meet and confer process regarding the Motion of Attorney's Fees.

IT IS SO STIPULATED.

LAW OFFICES OF TRIANO & BYRNE          MONROE LAW GROUP


By:/s/*Mark D. Byrne* Dated:_March 4, 2010    By:/s/*James S. Monroe* Dated:_March 4, 2010
MARK D. BYRNE                                  JAMES S. MONROE
Attorney for Martin F. Triano dba Law Office   Attorney for Yugen Kaisha, Y.K.F.
of Martin F. Triano


LAW OFFICES OF JOEL BELWAY


By: /s/*Joel K. Belway* Dated:_March 4, 2010
JOEL K. BELWAY
Attorney for Stephanie Dodson


I attest under penalty of perjury that concurrence in the filing of this document has been obtained from James S. Monroe and Joel K. Belway.

Dated: March 4, 2010                    By: /s/*Mark D. Byrne* _
                                        MARK D. BYRNE
                                        TRIANO & BYRNE
                                        Attorney for Martin F. Triano dba Law Office of Martin F. Triano

Law Offices
TRIANO & BYRNE
25 Jessie Street 16th Floor
San Francisco, CA 94105
Tel. 415-371-8000
Fax 415-371-8001

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUGEN KAISHA, Y.K.F., | Case No.: 3:08-cv-00225-SC |
| Plaintiff, | **ORDER TO CONTINUE TIME** |
| v. | **TO FILE MOTION FOR ATTORNEY'S** |
| | **FEES UNDER FRCP 54 AND ORDER** |
| STEPHANIE DODSON | **THEREON** |
| Defendant. | |
| MARTIN F. TRIANO, | |
| Plaintiff Intervenor | |

Pursuant to the Stipulation of the Parties, and good cause appearing, it is ORDERED that the time allowed under FRCP 54 for the filing of a Motion for Attorney's Fees be extended from March 5, 2010 to March 12, 2010, so as to allow the parties to complete their meet and confer process regarding the Motion for Attorney's Fees.

IT IS SO ORDERED

DATED:  3/5/10

HONORABLE SAMUEL CONTI
United States District Judge